1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TOMAR DOWNING,                    )   NO. CV 06-05910 GHK (SS)
                                      )
12            Petitioner,             )
                                      )   **ORDER ADOPTING FINDINGS,**
13       v.                           )
                                      )   **CONCLUSIONS AND RECOMMENDATIONS**
14  MICHAEL SMELOSKY, Acting Warden,  )
                                      )   **OF UNITED STATES MAGISTRATE JUDGE**
15                                    )
              Respondent.             )
16  _____ )

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  all of the records and files herein, and the Magistrate Judge's Amended

20  Report and Recommendation.   The time for filing Objections to the

21  Amended Report and Recommendation has passed and no Objections have been

22  received.   Accordingly, the Court accepts and adopts the findings,

23  conclusions and recommendations of the Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28  \\

        Accordingly, IT IS ORDERED THAT:


        1.  The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.


        2.  The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: 01-14-09


                                    _____
                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE

                                    2