**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMAR DOWNING,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL SMELOSKY, Acting Warden,<br><br>        Respondent. | NO. CV 06-05910 GHK (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/14/09

                                                GEORGE H. KING<br>
                                                UNITED STATES DISTRICT JUDGE